AO 91 (Rev. 11/11)  Criminal Complaint

| | AUSA: | Blaine Longsworth | Telephone: | (810) 766-5031 |
| --- | --- | --- | --- | --- |
| | Agent: | Mark I. Vincent | Telephone: | (810) 941-5013 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Miguel Angel MENDEZ-JIMENEZ

Case No.
Case: 4:25−mj−30108
Assigned To : Ivy, Curtis, Jr
Assign. Date : 3/3/2025
Description: CMP USA V.
MENDEZ−JIMENEZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 27, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about February 27 2025, in the Eastern District of Michigan, Miguel Angel MENDEZ-JIMENEZ, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 02 2024, at or near El Paso, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Mark I. Vincent, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 3, 2025

_Judge's signature_

City and state: Detroit, Michigan

Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Mark I. Vincent, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since December 14, 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Miguel Angel MENDEZ-JIMENEZ, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Miguel Angel MENDEZ-JIMENEZ is an eighteen-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On March 13, 2024, MENDEZ-JIMENEZ was encountered by United States Border Patrol Agents near Santa Teresa, New Mexico. MENDEZ-JIMENEZ was issued an Expedited Order of Removal with a final order date of March 13, 2024.

5.      On March 19, 2024, MENDEZ-JIMENEZ was removed from the United States to Mexico via the El Paso, Texas, Port of Entry.

6.      On April 02, 2024, MENDEZ-JIMENEZ was encountered by United States Border Patrol Agents near Santa Teresa, New Mexico. MENDEZ-JIMENEZ's prior order of removal was reinstated. MENDEZ-JIMENEZ was removed from the United States to Mexico on the same day via the Paso Del Norte Port of Entry in El Paso, Texas.

7.      On February 27, 2025, MENDEZ-JIMENEZ was encountered by United States Border Patrol Agents near Clio, MI. MENDEZ-JIMENEZ's prior order of removal was reinstated.

8.     Review of the alien file (A# xxx xxx 843) for MENDEZ-JIMENEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of MENDEZ-JIMENEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on April 02, 2024.

9.     Based on the above information, I believe there is probable cause to conclude that Miguel Angel MENDEZ-JIMENEZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

March 3, 2025